

FILED
CLERK, U.S. DISTRICT COURT

APR 22 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARMEN M. KHACHKALYAN | CASE NUMBER<br><br>SA16-186M |
|---|---|
| PLAINTIFF<br><br>DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ____Defendant____, IT IS ORDERED that a detention hearing is set for ____April 27____, ___2016___, at __2:00__ ☐a.m. / ☒p.m. before the Honorable ___Gandhi___, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/22/16__

KAREN E. SCOTT

U.S. ~~District Judge~~/Magistrate Judge